JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BARKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHINO VALLEY UNIFIED<br>SCHOOL DISTRICT, A<br>SCHOOL DISTRICT,<br><br>　　　　Defendants. | Case No. EDCV 12-01105 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>November 15, 2012</u>

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　United States District Judge